# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
HARRY LEV AND ASSOCIATES, et       *
al.,                               *
                                   *
          Plaintiffs,              *
                                   *   No. 18-1967C
     v.                            *   Filed: January 27, 2021
                                   *
UNITED STATES,                     *
                                   *
          Defendant.               *
* * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the parties' January 26, 2021 joint stipulation of dismissal with prejudice with each party to bear its own costs and fees. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this case be **DISMISSED,** with prejudice, and with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
            **Judge**